```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GALEN ROBERTS, et al.          :      CIVIL ACTION
                               :
          v.                   :
                               :
CAESARS ENTERTAINMENT, INC.,   :
et al.                         :      NO. 11-3805
```

ORDER

AND NOW, this 7th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

(1)  the motion of defendant Boardwalk Regency Corporation d/b/a Caesars Atlantic City to dismiss for lack of personal jurisdiction or to transfer venue is DENIED; and

(2)  the caption of this action is AMENDED to correct the name of the defendant "Caesars Entertainment, Inc. t/d/b/a Caesars Atlantic City a/k/a Boardwalk Regency Corp." to read "Boardwalk Regency Corporation d/b/a Caesars Atlantic City".

BY THE COURT:

/s/ Harvey Bartle III
                           J.